IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CLAUDIA WALKER, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | 5:05CV106 (DF) |
| | : | |
| THYRONE[1] WILLIAMS, Warden, | : | |
| | : | |
| Respondent. | : | |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on August 17, 2005 (tab 28). The Court has reviewed and carefully considered Petitioner Walker's objections to the Magistrate Judge's Recommendation (tab 31), but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Respondent's motion to dismiss (tab 17) is hereby **GRANTED**, and Walker's § 2254 petition for habeas relief (tab 4) is hereby **DISMISSED.**

SO ORDERED, this 13th day of October, 2005.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew

---

[1] Respondent has been referred to in various court filings—including his own—as both Tyrone and Thalrone. The Court here refers to Mr. Williams as "Thyrone," yet a third name indicated on the civil docket sheet in the Court's case management/electronic filing computer system.